# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of: )
)
Information associated with 28 identified Facebook ) Case No. **18-M-120 (DEJ)**
User IDs that is stored at premises controlled by )
Facebook, Inc. )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

YOU ARE COMMANDED to execute this warrant ON OR BEFORE _Aug. 23, 2018_ (not to exceed 14 days)
☒ in the daytime between 6:00 a.m. and 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _Hon David E. Jones_ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _Aug. 9, 2018 11:16 a.m._  _____
*Judge's signature*

City and State: Milwaukee, Wisconsin    _Hon. David E. Jones_ , U.S. Magistrate Judge
*Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| Return | | |
|---|---|---|
| Case No: 18-M-20 (DEJ) | Date and time warrant executed: August 9, 2018 | Copy of warrant and inventory left with: NA |
| Inventory made in the presence of: SA Maria Miller | | |
| Inventory of the property taken and/or name of any person(s) seized: | | |

Files containing the requested records in attachment A

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 9/13/2018

_____
Executing officer's signature

SA Tori R Gaskill
_____
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: Sept. 13, 2018

_____
United States Magistrate Judge

# ATTACHMENT A

1. This warrant applies the full member list for the Facebook UIDs: 100018358660648, 100015538297029, 100003394781813, 100002111932375, 1202263650, 100006301360001, 708785463, 100003682534004, 100001337974954, 100002115677945, 100004689817817, 100004739910411, 100003449454063, 100002880451310, 100000330381596, 100003893321780, 100003310066527, 100003105302942, 100004455614176, 100002393547312, 100006207193027, 100002721214567, 100011611800178, 100007837176059, 100003229702265, 100004452642186, 100004693445122, and 1756849699, as well as available information on the group's administrator(s) stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

## ATTACHMENT B

Particular Things to be Seized

**I. Information to be disclosed by Facebook, Inc.:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A, **and consistent with the date ranges listed in the attached chart**:

(a) All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c) All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

(d) All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i) All information about the Facebook pages that the account is or was a "fan" of;

(j) All past and present lists of friends created by the account;

(k) All records of Facebook searches performed by the account;

(l) All information about the user's access and use of Facebook Marketplace;

(m) The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

(n) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(o) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## Date Ranges for Search of User IDs:

| Facebook User ID | Date Range of Search |
|---|---|
| 100018358660648 | March 1, 2017, to present |
| 100015538297029 | January 1, 2018, to present |
| 100003394781813 | December 1, 2017, to present |
| 100002111932375 | December 1, 2017, to present |
| 1202263650 | December 1, 2017, to present |
| 100006301360001 | December 1, 2017, to present |
| 708785463 | December 1, 2017, to present |
| 100003682534004 | December 1, 2017, to present |
| 100001337974954 | December 1, 2017, to present |
| 100002115677945 | December 1, 2017, to present |
| 100004689817817 | December 1, 2017, to present |
| 100004739910411 | December 1, 2017, to present |
| 100003449454063 | January 1, 2018, to present |
| 100002880451310 | January 1, 2018, to present |
| 100000330381596 | December 1, 2017, to present |
| 100003893321780 | February 1, 2018, to present |
| 100003310066527 | February 1, 2018, to present |
| 100003105302942 | March 1, 2018, to present |
| 100004455614176 | July 1, 2017, to present |
| 100002393547312 | March 1, 2018, to present |
| 100006207193027 | April 1, 2018, to present |
| 100002721214567 | March 1, 2018, to present |
| 100011611800178 | April 1, 2018, to present |
| 100007837176059 | April 1, 2018, to present |
| 100003229702265 | April 1, 2018, to present |
| 100004452642186 | May 1, 2018, to present |
| 100004693445122 | April 1, 2018, to present |
| 1756849699 | June 1, 2018, to present |

II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2339(b) involving DAIS since March 1, 2017, including, for each user ID identified on Attachment A, information pertaining to the following matters:

a. Any information in any form that is related to terrorism or a threat the national security of the United States;

b. Evidence of loyalties to a foreign power;

c. Weapons, ammunition, tactical equipment, tactical or camouflage clothing, explosives, explosives devices, explosive precursor chemicals, incendiaries; incendiary devices, incendiary chemicals or precursor chemicals and any other hazardous devices or substances deemed relevant to the investigation;

d. Flags, banners, patches, specifically designed clothing that depicts the symbol of a terrorist groups or terrorist movements;

e. Forms of identification, journals, and diaries;

f. Travel documents and indicia of travel overseas and domestically, including airline tickets, passports, visas, hotel records, and travel itineraries;

g. Calendars, time schedules, address books, and contact list information;

h. Financial information to include all financial institution records, checks, credit or debit cards, automated teller machine cards, public benefit program cards, account information, other financial records, financial instruments and moneys;

i. Money orders, wire transfers, cashier's check receipts, bank statements, passbooks, checkbooks, and check registers pertaining to travel overseas, the Islamic State of Iraq and al-Sham (ISIS), terrorist or military-like activities, or violent acts;

j. Cellular telephones, smart telephones, computers, electronic data storage devices or media, associated electronic accessories;

k. Any information that could be determined to passwords, personal identification numbers (PINs), or other information necessary to encrypt or decrypt information;

l. Evidence of geographical location of the user of the identified account at times relevant to the investigation; Global Positioning System (GPS) information and mapping history from any account;

m. Secure storage facilities for financial instruments, passports, visas, and identification documents, including safe deposit boxes;

n. Persons associated with ISIS or involved in terrorist or military-like activities or violent acts overseas or in the United States, including their identities and location and contact information;

o. Organizations whose purpose, primary or ancillary, is raising, collecting, organizing, distributing, or facilitating funds, goods, personnel, or services for training and fighting overseas or in the United States and *not* in conjunction with the U.S. armed forces;

p. Instructions, in any form, relating to explosives, biological weapons, terrorist attacks, or the hacking and other unauthorized use of computers and email and social media accounts; and

q. Hacking or the unauthorized use of any computer or email or social media account.

r. Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

s. Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

t. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

u. The identity of the person(s) who communicated with the user ID about matters relating to providing material support to terrorist organizations, including records that help reveal their whereabouts.